WAWD (Rev. 4/2024) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

Debra Lee Hill on behalf of herself and Minor Child E.G.M.H

Plaintiff

vs.

Todd Hill

Defendant(s)

Case Number: ___2:25-cv-01247-JNW___

FILED
LODGED
ENTERED
RECEIVED

JUL 03 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

**DECLARATION AND APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND WRITTEN CONSENT FOR
PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) __Debra Lee Hill__ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

Civil rights removal under 28 U.S.C §1443 to protect the rights of a Child victim of sexual assault and a protective parent who is also a victim of sexual assault with an active related case in Orange County California.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes  Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

☒ No  Date of last employment _3/13/25_ Total amount of last net monthly salary $ approx $800

2. If married, is your spouse presently employed?  ☐ Not married

☒ Yes  Total amount of spouse's net monthly salary (take home pay) $ unsure husband is respondent/defendant

   Name and address of employer _unknown_

☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment                          $ self only approx $9700
b. Income from rent, interest or dividends                                 $ unknown Defendant Controls assets
c. Pensions, annuities or life insurance payments                         $ unknown Defendant Controls assets
d. Disability, unemployment, workers compensation or public assistance     $ unsure on state Healthcare Apple Health
e. Gifts or inheritances                                                   $ 0
f. Money received from child support or alimony                            $ 25,750
g. Describe any other source of income _____                          $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _____    Checking Account $ 1,000 00    Savings Account $ 1301.37

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes    Husband is defendant, he controls our R.E. Holdings buisness and all assets except my Vehicle    $ 3,000,000

☐ No    I donot have any access to the bank accounts or Value of holdings I control nothing in our Financial Portfolio

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☒ Yes    I do not know how to answer this question. My minor daughter lives with my oldest daughter and part of the income from child Support goes to her, until divorce is Final.    $ I really dont know, my support was just reduced To 1,300 from 2,315 per month $1000 I alloted For Minor

☐ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

$110 Cell Prone bill, internet bill 95$, pro se litigant work $1000+, Gas $400, Food 300$    $ 1,900

8. Provide any other information that will help explain why you cannot pay court fees and costs.

The only reason I have money in my savings and checking acct now is because I was able to get my husbands attorney to release $4000 from his Law Firm Trust acct. to reimburse me For some of the work I've done Pro SE, No attorney will take my Case this Case to Trial. Attorney has approx $6,000 remaining in trust for an attorney he refused To release more Funds.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: (Date) 7/3/25 | Signature of Plaintiff (Required) |

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Debra Lee Hill

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

| Executed on: (Date) 7/3/25 | Signature of Plaintiff (Required) |