UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA LEE HILL, *o/b/o herself and minor* E.G.M.H, <br><br> Plaintiffs, <br><br> v. <br><br> TODD HILL, <br><br> Defendant. | Case No. C25-1247-JNW <br><br> ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Jamal N. Whitehead.

//

//

//

ORDER - 1

Dated this 3rd day of July, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2